Harry Paul Szalacha, Administrator of Estate of Peter Siemrzuch, Deceased, Appellee, v. Louis Landsman, Appellant.

Gen. No. 43,135.

Heard in the second division, first district, this court at the October term, 1944; opinion filed April 19, 1945; released for publication May 2, 1945. Vogel & Bunge and Cassels, .Potter & Bentley, for appellant; L. H. Vogel and Frank H. Masters, Jr., of counsel; James A. Dooley and Arthur Wolf, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.